IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC MURDOCK,<br>Plaintiff<br><br>v.<br><br>GENE BROWN, *et al.*,<br>Defendants | No. 1:20-cv-2138<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 10th day of June 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant DOC's motion to dismiss (Doc. No. 19) is **GRANTED**;

2. Plaintiff's claims against Defendant DOC are **DISMISSED WITH PREJUDICE**. Plaintiff may not file an amended complaint in this matter;

3. The Clerk of Court is directed to terminate the DOC as a Defendant in the above-captioned action;

4. This matter will proceed as to Plaintiff's claims against Defendants Rosse, Terra, Rinnger, Dunn, and Marsh;

5. Defendants are directed to file an answer to Plaintiff's complaint within fourteen (14) days of the date of this Order; and

6. The parties are directed to complete discovery within six (6) months of the date on which Defendants file their answer.

s/ Sylvia H. Rambo
United States District Judge
