IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC MURDOCK, : | |
|     Plaintiff : | |
| : | No. 1:20-cv-2138 |
| v. : | |
| : | (Judge Rambo) |
| GENE BROWN, <u>et al.</u>, : | |
|     Defendants : | |

### ORDER

**AND NOW**, on this 19th day of July 2022, upon consideration of Defendants' motion for summary judgment (Doc. No. 44), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 44) is **GRANTED** in part and **DENIED** in part as follows:

    a. Defendants' motion is **GRANTED** as to Plaintiff's 42 U.S.C. § 1983 claims for monetary damages against Defendants in their official capacities;

    b. Defendants' motion is **GRANTED** as to Plaintiff's § 1983 claims against Defendants Marsh and Dunn due to lack of personal involvement in the asserted wrongdoing;

    c. Defendants' motion is **GRANTED** as to Plaintiff's Fourth Amendment claim, Fifth Amendment claim, and Fourteenth Amendment claims;

    d. Defendants' motion is **GRANTED** as to Plaintiff's <u>Monell</u> claims;

    e. Defendants' motion is **GRANTED** as to Plaintiff's claim for monetary damages under the Pennsylvania Constitution;

    f. Defendants' motion is **DENIED** as to Plaintiff's Eighth Amendment failure-to-protect claim against Defendants Ross, Terra, and Rininger;

    g. Defendants' motion is **DENIED** as to Plaintiff's § 1983 claims for prospective injunctive relief against Defendants in their official capacities;

    h. Defendants' motion is **DENIED** as to Plaintiff's alleged failure to exhaust his request for monetary relief;

    i. Defendants' motion is **DENIED** as to Plaintiff's claim for prospective injunctive relief under the Pennsylvania Constitution; and

2. The parties shall file a joint status report on or before **August 19, 2022**, informing the Court as to whether they are amenable to having this case referred to the Court's Prisoner Litigation Settlement Program.

                                               *s/ Sylvia H. Rambo*
                                               SYLVIA H. RAMBO
                                               United States District Judge